ALFRED N. HAMMERSTON, Appellant, *v.* WOODWELL HOLDING CORPORATION, Respondent.

(Submitted April 26, 1933; decided May 23, 1933.)

*Franklyn Ellenbogen* for appellant.

*Solomon Pearlman* and *A. A. Forman* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.